**Claim Chart for Isara Carrier Prior Art**

**ErgoBaby U.S. Patent No. 10,426,275 ('275 patent)**

The '275 patent was filed October 28, 2016, issued October 1, 2019, and claims priority to U.S. Provisional Application No. 62/248,745 filed on October 30, 2015.

All pictures and quotations below are from the Isara carrier blog post dated July 13, 2015.

**Any discussion of how pre-priority date disclosures relate to the asserted claims is based solely on Ergobaby's own infringement allegations and theory of claim scope and is offered to show that—under Ergobaby's positions—the same types of features were publicly used and/or described in printed publications before the asserted priority date. Mabē reserves all noninfringement, claim-construction, and invalidity arguments.**

| **The '275 patent** | **The Isara Carrier** |
|---|---|
| "1 [Pre]. A child carrier comprising:" | Based upon Ergobaby's infringement allegations, the Isara carrier is "a baby carrier from a new brand, the Isara brand" Page 1. |
| "1[a]. a waist belt adapted for securing about a wearer's hips" | Based upon Ergobaby's infringement allegations, the Isara carrier features a "belt [that] is 9 to 11 cm wide and is quite densely padded over 64 cm. It's slightly curved shape makes it soft against the hips." Page 3. |

| | |
|---|---|
| "1[b]. a main body coupled to the waist belt, the main body adapted to form a child carrying area in cooperation with a wearer's torso, the main body comprising:" | <br>Based upon Ergobaby's infringement allegations, the Isara carrier allows a child to be carried between the carrier and torso of wearer. Page 2. |
| "1[c]. a torso support portion configured for supporting at least of the torso of a child; and" | Based upon Ergobaby's infringement allegations, the "apron" of the Isara carrier supports the torso of a child. Page 2. |

| | |
|---|---|
| "1[d]. an adjustable bucket seat configurable in a plurality of bucket seat configurations," | Based upon Ergobaby's infringement allegations, the Isara carrier features a "very deep seat for the baby" that can be adjusted "using a Velcro system." Page 2-3. |
| "1[d][i]. each of the plurality of bucket seat configurations having a different a) bucket seat depth and" | Based upon Ergobaby's infringement allegations, the Isara carrier measures 45 cm wide at the seat at its widest point and 47cm high. The apron reduces in width to 27/28cm and in height to 35cm. This difference in height corresponds to different seat depths. Page 2. |
| "1[d][ii] b) bucket seat width" | Based upon Ergobaby's infringement allegations, the apron of the Isara carrier measures 45 cm wide at the seat at its widest point…and reduces in width to 27/28cm. Page 2. |
| "1[d][iii] and adapted to support a child in a corresponding size range in a spread squat position," |   |

<table>
<tr>
<td></td>
<td>Based upon Ergobaby’s infringement allegations, the Isara carrier supports a child is in a spread squat position. This picture shows a “toddler size” carrier. Page 2.<br><br>Based upon Ergobaby’s infringement allegations, the Isara carrier is “suitable for carrying babies from around 10 months old until they’re no longer [sic] fully grown, and allows for front, back, and hip carrier” Page 1-2.</td>
</tr>
<tr>
<td>“1[e] the adjustable seat comprising: a seat center portion coupled to the waist belt and torso support portion;”</td>
<td>

Page 4<br><br>Based upon Ergobaby’s infringement allegations, the Isara carrier features an adjustable seat with a seat center coupled to the waist belt and torso support portion.</td>
</tr>
<tr>
<td>“1[f] thigh supports disposed on either side of the seat center portion the thigh supports adapted to pass under and support a child’s thighs and cooperate with the seat center portion to form the bucket seat; and”</td>
<td>Based upon Ergobaby’s infringement allegations, the Isara carrier supports the child’s thighs on either side of the seat center with “generous padding” Page 3.</td>
</tr>
</table>

| | |
|---|---|
| |  Page 2. |
| "1[g] a base width adjuster coupled to each thigh support," | Based upon Ergobaby's infringement allegations, the Isara carrier seat adjustment is achieved using a Velcro system that is between the belt and the apron. Page 2. |

| | |
|---|---|
| |   Page 3. |
| "1[h] wherein the base width adjusters are configured for selective coupling to the waist belt at multiple locations to adjust a width of the main body at the waist belt." | Based upon Ergobaby's infringement allegations, the base width adjusters of the Isara are configured for selective coupling to the waist belt in multiple locations. For example, the Velcro side of the base adjuster allows for selective attachment in various positions along the corresponding Velcro on the waist belt. This selective coupling adjusts the width of the main body at the waist belt. Page 2-3. |

| | |
|---|---|
| |  <br>Based upon Ergobaby's infringement allegations, selective coupling first position. |

<table>
<tr>
<td></td>
<td>

<br>Based upon Ergobaby's infringement allegations, selective coupling second position.</td>
</tr>
</table>