**Claim Chart for Isara Carrier Prior Art**

**ErgoBaby U.S. Patent No. 12,016,470 ('470 patent)**

The '470 patent was filed December 1, 2023, issued June 25, 2024, and claims priority to U.S. Provisional Application No. 62/248,745 filed on October 30, 2015.

All pictures and quotations below are from the Isara carrier blog post dated July 13, 2015.

**Any discussion of how pre-priority date disclosures relate to the asserted claims is based solely on Ergobaby's own infringement allegations and theory of claim scope, and is offered to show that—under Ergobaby's positions—the same types of features were publicly used and/or described in printed publications before the asserted priority date. Mabē reserves all noninfringement, claim-construction, and invalidity arguments.**

| **The '470 patent** | **The Isara Carrier** |
|---|---|
| "1 [Pre]. An adjustable child carrier, the adjustable child carrier comprising:" | Based upon Ergobaby's infringement allegations, the Isara carrier is "a baby carrier from a new brand, the Isara brand." Page 1. |

| | |
|---|---|
| "1[a]. a body configured to support a child," |  Based upon Ergobaby's infringement allegations, the Isara carrier apron supports a child. Page 2. |

| | |
|---|---|
| "1[b]. wherein the body is adapted to form a child carrying area in cooperation with a torso of a wearer," |  Based upon Ergobaby's infringement allegations, the Isara carrier allows a child to be carried between the carrier and torso of wearer. Page 2. |
| "1[c]. wherein the body forms a bucket seat configured to support legs of the child;" | Based upon Ergobaby's infringement allegations, the Isara carrier has a "very deep seat for the baby" and the child's legs are supported with "generous padding." Page 2-3. |

| | |
|---|---|
| "1[d]. a first adjustable shoulder strap coupled to the body and configured to extend over a first shoulder of the wearer;" | <br><br><br>Based upon Ergobaby's infringement allegations, "the shoulder straps…are attached quite far up on the panel (12cm: this is the maximum length you can gain by tightening [the straps] fully)." Page 3. |

| | |
|---|---|
| | <br>Based upon Ergobaby's infringement allegations, the first strap extends over a shoulder of the wearer. |

<table>
<tr>
<td>“1[e]. a second adjustable shoulder strap coupled to the body and configured to extend over a second shoulder of the wearer;”</td>
<td>



Based upon Ergobaby’s infringement allegations, “the shoulder straps…are attached quite far up on the panel (12cm: this is the maximum length you can gain by tightening [the straps] fully).” Page 3.
</td>
</tr>
</table>

| | |
|---|---|
| | <br>Based upon Ergobaby's infringement allegations, the second strap extends over a shoulder of the wearer. |
| "1[f]. a waist belt adapted for securing about a wearer's hips; and" | Based upon Ergobaby's infringement allegations, the Isara carrier features a "belt [that] is 9 to 11 cm wide and is quite densely padded over 64 cm. It's slightly curved shape makes it soft against the hips." Page 3. |

| | |
|---|---|
| "1[g]. at least one base adjuster coupled to the body," | Based upon Ergobaby's infringement allegations, the Isara carrier seat adjustment is achieved using a Velcro system that is between the belt and the apron. Page 2.<br><br><br>Page 3 |
| "1[h][i]. wherein the at least one base adjuster is configured to selectively attach to the waist belt at a first position located on the waist belt and a second position located on the waist belt" | Based upon Ergobaby's infringement allegations, the base width adjusters of the Isara are configured for selective coupling to the waist belt in multiple locations. For example, the Velcro side of the base adjuster allows for selective attachment in various positions along the corresponding Velcro on the waist belt. This selective coupling adjusts the width of the main body at the waist belt. Page 2-3. |

| | |
|---|---|
| |   Based upon Ergobaby's infringement allegations, selective coupling first position. |

| | |
|---|---|
| | <br><br>Based upon Ergobaby's infringement allegations, selective coupling second position. |
| "1[h][ii]. to thereby adjust a length of the body to accommodate various sizes of the child as the child ages, wherein the length of the body is defined from a bottom of the bucket seat to a top of the body." | Based upon Ergobaby's infringement allegations, the Isara carrier measures 45 cm wide at the seat at its widest point and 47cm high. The apron reduces in width to 27/28cm and in height to 35cm. Page 2.<br><br>Based upon Ergobaby's infringement allegations, the Isara carrier is "suitable for carrying babies from around 10 months old until they're no longer [sic] fully grown, and allows for front, back, and hip carrier" Page 1-2. |